| UNITED STATES BANKRUPTCY COURT | HEARING DATE: August 22, 2023 |
| SOUTHERN DISTRICT OF NEW YORK | HEARING TIME: 9:00 a.m. |
| POUGHKEEPSIE DIVISION | Objection Deadline: August 15, 2023 |

_____

In re:

Cathleen Lardner,

                Debtor.

_____

Case No. 23-35325 (CGM)

(Chapter 7)

## NOTICE OF HEARING AND NOTICE OF MOTION
## TO (1) DISMISS CHAPTER 7 CASE AND (2) EXTEND TIME
## TO OBJECT TO THE DISCHARGE OF THE DEBTOR

    **NOTICE IS HEREBY GIVEN** that the United States Trustee has scheduled a hearing pursuant to 11 U.S.C. § 707(a) to consider dismissal of the chapter 7 petition filed by the Debtor and an extension of time to object to the Debtor's discharge. The hearing will be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, on **August 22, 2023 at 9:00 a.m.**, in the United States Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601.

    **PLEASE TAKE FURTHER NOTICE** that the hearing will be via video conference at Zoom.gov (CGM). Prior to the return date, the Poughkeepsie Court will notify all parties of the credentials required to login to the hearing on Zoom.gov. For further information on participating via Zoom.gov, please contact the Courtroom Deputy at 845-451-6367.

    **PLEASE TAKE FURTHER NOTICE** that responsive papers, with proof of service, shall be filed with the Clerk of the Court, with courtesy copies delivered directly to the Bankruptcy Judge's chambers and served on the United States Trustee at Alicia.M.Leonhard@usdoj.gov, so as to be received at least seven days before the hearing. *If the Debtor does not appear at the hearing on this motion, it may be granted on default.*

Dated: July 27, 2023                                                                             VITO GENNA
                                                                                                    CLERK OF THE COURT

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION | HEARING DATE: August 22, 2023<br>HEARING TIME: 9:00 a.m.<br>Objection Deadline: August 15, 2023 |
|---|---|

In re:

Cathleen Lardner,

        Debtor.

Case No. 23-35325 (CGM)

(Chapter 7)

## MOTION TO (1) DISMISS CHAPTER 7 CASE AND (2) EXTEND TIME TO OBJECT TO THE DISCHARGE OF THE DEBTOR

    **UPON** the affirmation of the chapter 7 trustee, the United States Trustee hereby moves for an order dismissing the above-captioned chapter 7 case, and for an extension of time to object to the Debtor's discharge, for the failure of the Debtor to appear and submit to examination on June 1, 2023 and July 6, 2023 at the meeting of creditors mandated by 11 U.S.C. § 341(a). In the absence of the examination of the debtor, the trustee is unable to effectively administer the case.

Dated:   Poughkeepsie, New York
            July 27, 2023

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:   */s/ Alicia M. Leonhard*
      Alicia M. Leonhard
      Trial Attorney
      Leo O'Brien Federal Building
      11A Clinton Avenue, Room 620
      Albany, New York 12207
      Direct Telephone: 202.495.9929
      Albany Office: 518.434.4553
      Email: Alicia.M.Leonhard@usdoj.gov

/