Marianne T. O'Toole
Chapter 7 Trustee
2 Depot Plaza, Suite 2E
Bedford Hills, NY 10507
(914) 232-1511

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEWYORK
--------------------------------------------------------X

In re:                                                          Chapter 7

Cathleen Lardner,                          Case No. 23-35325 (CGM)

                           Debtor.
--------------------------------------------------------X

## AFFIRMATION IN SUPPORT OF MOTION TO DISMISS CHAPTER 7 CASE 11 U.S.C. § 707

      I, Marianne T. O'Toole, have been appointed by the United States Trustee to serve as the interim trustee in the above-captioned case and affirm as follows:

1. This affirmation is made in support of a motion for an order pursuant to 11 U.S.C. § 707(a), dismissing this case for cause.

2. On April 27, 2023, the debtor commenced this case by filing a petition under Chapter 7 (the "Petition date").

3. The debtor failed to appear and submit to examination, as required by 11 U.S.C. § 343, at the meeting of creditors held pursuant to 11 U.S.C. § 341(a) scheduled for June 1, 2023 and thereafter on the adjourned hearing date of July 6, 2023, making it impossible to diligently inquire about the debtor's financial affairs and the location of potential estate property.

4. The foregoing constitutes cause to dismiss a Chapter 7 case under 11 U.S.C. § 707(a).

Dated:  Bedford Hills, New York
        July 10, 2023

                                                          By:  /s/ Marianne T. O'Toole
                                                               Marianne T. O'Toole
                                                               Chapter 7 Trustee